DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**T.J., a Child,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-3693

[September 9, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit; Stacy Ross, Judge; L.T. Case No. 14003408DLA.

Carey Haughwout, Public Defender, and Zainabu Rumala, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

In this *Anders*[1] appeal, we affirm the finding of guilt, the withholding of adjudication of delinquency, and the placement of the child on probation, but remand for the trial court to correct the delinquency disposition order to reflect the length of the probationary term and to include appellant's age. *See* Fla. R. Juv. P. 8.115(d)(1).

*Affirmed, but remanded.*

GERBER, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).